```
LORIE J. TEICHERT
Attorney at Law
California State Bar No. 142271
1322 F Street
Sacramento, CA  95814
Telephone:  (916) 441-4410
Facsimile:  (916) 441-4202

Attorney for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-06-423-EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND |
| | ) | ORDER TO CONTINUE STATUS |
| | ) | CONFERENCE |
| CARLOS ALBERTO PADILLA-MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

   IT IS HEREBY stipulated between the parties, Plaintiff United States of America, by and through United States Attorney McGregor W. Scott and Assistant United States Attorney Samuel Wong, and Defendant, Carlos Alberto Padilla-Martinez, through his attorney, Lorie J. Teichert, that the previously set Status Conference of November 17, 2006 be continued to December 15, 2006 at 10:00 a.m.

   It is further stipulated and agreed between the parties that the period between November 17, 2006 through and including December 15, 2006 should be excluded in computing the time within which the trial of the above criminal prosecution must commence

1

1  for purposes of the Speedy Trial Act.  The parties stipulate that
2  the ends of justice are served by the Court excluding such time,
3  so that counsel for the defendant may have reasonable time
4  necessary for effective preparation, taking into account the
5  exercise of due diligence.  18 U.S.C. section 3161(h)(8)(B)(iv).
6  In particular, counsel needs more time for the purpose of
7  reviewing forthcoming supplemental discovery, investigation of
8  factual issues, and settlement discussions.  All parties
9  stipulate and agree that this is an appropriate exclusion of time
10 within the meaning of Title 18, United States Code, section
11 3161(h)(8)(B)(iv), and Local Code T4.
12 Dated: November 15, 2006        Respectfully submitted,

                                  /s/ Lorie J. Teichert
                                 LORIE J. TEICHERT
                                 Attorney for Defendant
                                 Carlos Alberto Padilla-Martinez


17 Dated: November 15, 2006        McGREGOR W. SCOTT
                                 United States Attorney

                                 By: /s/Samuel Wong
                                     SAMUEL WONG
                                     Assistant U.S. Attorney

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court adopts the parties' stipulation in its entirety as its order.  It is ordered that the previously set status conference is continued to December 15, 2006.  It is further ordered that time from the date of the parties' stipulation until and including December 15, 2006, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.  The Court specifically finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**


Dated:     November 15, 2006       /s/ Edward J. Garcia
                                   HONORABLE EDWARD J. GARCIA
                                   United States District Judge