```
McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S-06-423 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE AND EXCLUDING |
| v.            ) | TIME UNDER SPEEDY TRIAL ACT |
| ) | |
| CARLOS ALBERTO PADILLA ) | |
| MARTINEZ,           ) | |
| ) | Court:  Hon. Edward J. Garcia |
| Defendant.  ) | |
| ) | |
| _____) | |

   IT IS HEREBY stipulated between the parties, plaintiff United States of America, by and through its counsel Assistant United States Attorney Samuel Wong, and defendant Carlos Alberto Padilla-Martinez, through his attorney, Lorie J. Teichert, Esq., that the previously set Status Conference of December 15, 2006, be continued to January 19, 2007, at 10:00 a.m.

   It is further stipulated and agreed between the parties that the period between December 15, 2006, through and including January 19, 2007, shall be excluded in computation of time within which the trial of the above criminal prosecution must commence under the Speedy Trial Act.  The parties stipulate that the ends

of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. Section 3161(h)(8)(B)(iv).  In particular, defense counsel needs more time for the purpose of reviewing discovery with defendant, investigation of factual issues, and settlement discussions.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(B)(iv), and Local Code T4.

Dated: December 13, 2006        Respectfully submitted,

                                              /s/ Lorie J. Teichert
                                            LORIE J. TEICHERT
                                            Attorney for Defendant
                                            Carlos Alberto Padilla-Martinez

Dated: December 13, 2006        McGREGOR W. SCOTT
                                            United States Attorney

                                            By: /s/Samuel Wong
                                                SAMUEL WONG
                                                Assistant U.S. Attorney

1                              ORDER
2       Based on the stipulation of the parties and good cause
3  appearing therefrom, the Court hereby finds that the failure to
4  grant a continuance in this case would deny defense counsel
5  reasonable time necessary for effective preparation, taking into
6  account the exercise of due diligence.  The Court specifically
7  finds that the ends of justice served by the granting of such
8  continuance outweigh the interests of the public and the
9  defendant in a speedy trial.
10      Based on these findings and pursuant to the stipulation of
11 the parties, the Court hereby adopts the stipulation of the
12 parties in its entirety as its order.
13      IT IS SO ORDERED.
14
15 Dated: December 14, 2006      /s/ Edward J. Garcia
                                 EDWARD J. GARCIA
16                               United States District Judge