1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,   )  NO. CR. S-06-423 EJG
                               )
12             Plaintiff,      )  STIPULATION AND ORDER CONTINUING
                               )  STATUS CONFERENCE AND EXCLUDING
13       v.                    )  TIME UNDER SPEEDY TRIAL ACT
                               )
14 CARLOS ALBERTO PADILLA      )
   MARTINEZ,                   )
15                             )  Court:  Hon. Edward J. Garcia
               Defendant.      )
16                             )
   _____)
17

18      IT IS HEREBY stipulated between the parties, plaintiff

19 United States of America, by and through its counsel Assistant

20 United States Attorney Samuel Wong, and defendant Carlos Alberto

21 Padilla-Martinez, through his attorney, Lorie J. Teichert, Esq.,

22 that the previously set Status Conference of January 19, 2007, be

23 continued to February 9, 2007, at 10:00 a.m.

24      It is further stipulated and agreed between the parties that

25 the period between January 19, 2007, through and including

26 February 9, 2007, shall be excluded in computation of time within

27 which the trial of the above criminal prosecution must commence

28 under the Speedy Trial Act.  The parties stipulate that the ends

                                1

1  of justice are served by the Court excluding such time, as
2  defense counsel has calendar conflicts due to other cases set for
3  trial and/or preliminary hearing, and is otherwise unavailable.
4  18 U.S.C. Section 3161(h)(8)(B)(iv).  All parties stipulate and
5  agree that this is an appropriate exclusion of time within the
6  meaning of Title 18, United States Code, Section
7  3161(h)(8)(B)(iv), and Local Code T4.

8  Dated:  January 17, 2007         Respectfully submitted,

                                    /s/ Lorie J. Teichert
10                                  LORIE J. TEICHERT
                                    Attorney for Defendant
11                                  Carlos Alberto Padilla-Martinez
                                    (per email authorization)
12
13 Dated: January 17, 2007          McGREGOR W. SCOTT
                                    United States Attorney
14
15                                  By: /s/Samuel Wong
                                        SAMUEL WONG
16                                      Assistant U.S. Attorney

2

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant continuity of counsel. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: January 17, 2007         /s/ Edward J. Garcia
                                _____

                                HONORABLE EDWARD J. GARCIA
                                United States District Judge