1 McGREGOR W. SCOTT
  United States Attorney
2 SAMUEL WONG
  Assistant U.S. Attorney
3 501 I Street, Suite 10-100
  Sacramento, California  95814
4 Telephone: (916) 554-2772

5

6

7

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                  EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  NO. CR. S-06-423 EJG
                                )
12             Plaintiff,        )  STIPULATION AND ORDER CONTINUING
                                )  STATUS CONFERENCE
13        v.                     )
                                )
14 CARLOS ALBERTO PADILLA       )
   MARTINEZ,                     )  Court:  Hon. Edward J. Garcia
15                               )
             Defendant.          )
16                               )  Date:  February 9, 2007
   _____)  Time:  10:00 a.m.
17

18      IT IS HEREBY stipulated between plaintiff United States of

19 America, by and through its counsel Assistant United States

20 Attorney Samuel Wong, and defendant Carlos Alberto Padilla-

21 Martinez, through his attorney, Lorie J. Teichert, Esq., that the

22 previously set Status Conference of February 9, 2007, be

23 continued to February 23, 2007, at 10:00 a.m.

24      It is further stipulated and agreed between the parties that

25 the period between February 9, 2007, through and including

26 February 23, 2007, shall be excluded in computation of time

27 within which the trial of the above criminal prosecution must

28 commence under the Speedy Trial Act.  The parties stipulate that

1

1   the ends of justice are served by the Court excluding such time

2   as the parties request this continuance to allow them time

3   necessary to work out a resolution of this case without a trial

4   and to provide defense counsel time to advise her client

5   regarding the ramifications of any proposed plea agreement.  All

6   parties stipulate and agree that this is an appropriate exclusion

7   of time within the meaning of Title 18, United States Code,

8   Section 3161(h)(8)(B)(iv), and Local Code T4.

Dated:  February 8, 2007          Respectfully submitted,


                                   /s/ Lorie J. Teichert
                                  LORIE J. TEICHERT
                                  Attorney for Defendant
                                  Carlos Alberto Padilla-Martinez
                                  (per telephone authorization)

Dated: February 8, 2007           McGREGOR W. SCOTT
                                  United States Attorney


                                  By: /s/Samuel Wong
                                      SAMUEL WONG
                                      Assistant U.S. Attorney

1

                                    ORDER

2

3          Based on the stipulation of the parties and good cause

4    appearing therefrom, the Court hereby finds that the failure to

5    grant a continuance in this case would deny counsel for the

6    parties reasonable time for effective preparation taking into

7    account the exercise of due diligence.  The Court specifically

8    finds that the ends of justice served by the granting of such

9    continuance outweigh the interests of the public and the

10   defendant in a speedy trial.

11         Based on the stipulation of the parties and good cause

12   appearing therefrom, the Court hereby adopts the stipulation of

13   the parties in its entirety as its order.

14         IT IS SO ORDERED.

15

16   Dated: February 8, 2007        /s/ Edward J. Garcia
                                    EDWARD J. GARCIA, JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

                                     3