**FILED**
APR - 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
        Plaintiff, )
        v. )
Carlos Padilla Martinez )
        Defendant. )

Case No. CR S-06-423 EJG

RELEASE ORDER NO. _____

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release **Carlos Alberto Padilla Martinez**, Case No. **CR-S-06-423 EJG**, Charge **Deported Alien**, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail posted in the sum of $_____

___ Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

**X** (Other) **defendant sentenced to time served on 3/30/07**

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at **Sacramento, Calif** on **April 2, 2007**

19____ at _____ a.m./p.m.

Copy 1 - U.S. Marshal

By _____
United States District Judge or
United States Magistrate